# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RAYMOND LAFOUNTAIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0634

_____

June 12, 2026

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor Anne Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


MORRIS, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.